# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

American Trucking Associations, Inc., et al.

Plaintiff

v.   Case No. 1:18-cv-00378-WES-PAS

Alviti, et al.

Defendant

## NOTICE OF APPEAL

Notice is hereby given that Rhode Island Turnpike and Bridge Authority, the Defendant Intervenor in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the:

☑ Final judgment entered on 9/21/22.

and/or

☐ The order _____ entered on _____.

Respectfully submitted,

John A. Tarantino
Name

/s/ John A. Tarantino
Signature

2586
Bar Number

10/19/2022
Date

Adler Pollock & Sheehan P.C.
Firm/Agency

401-274-7200
Telephone Number

One Citizens Plaza, 8th Floor
Address

jtarantino@apslaw.com
Email Address

Providence, RI 02809
City/State/Zip Code

Reset Form    Print Form    Save Form