UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

American Trucking Ass'n et al
_____
Plaintiff

v.

Peter Alviti, in official capacity, et al.
_____
Defendant

Case No. 1:18-cv-378 _____

## NOTICE OF APPEAL

Notice is hereby given that Peter Alviti, in official capacity as DOT Director,
                                 _____
                                                       Name

the  Defendant                 in the above-referenced matter, hereby appeals to the United States
    _____
       Party Type

Court of Appeals for the First Circuit from the:

■ Final judgment entered on 9/21/2022 _____.
                             Date of Judgment

and/or

■ The order _____ entered on _____.
              Description of Order                              Date of Order

Michael W. Field
_____
Name

5809
_____
Bar Number

Office of Attorney General
_____
Firm/Agency

150 South Main Street
_____
Address

Providence, RI 02903
_____
City/State/Zip Code

Respectfully submitted,

/s/ Michael W. Field
_____
Signature

10/19/22
_____
Date

401-274-4400 x 2380
_____
Telephone Number

mfield@riag.ri.gov
_____
Email Address

[Reset Form]   [Print Form]   [Save Form]