# United States Court of Appeals
## For the First Circuit

_____

Nos. 22-1795, 22-1796

AMERICAN TRUCKING ASSOCIATIONS, INC; CUMBERLAND FARMS, INC.; M&M TRANSPORT SERVICES, INC.,

Plaintiffs, Appellees,

NEW ENGLAND MOTOR FREIGHT, INC.,

Plaintiff,

v.

RHODE ISLAND TURNPIKE AND BRIDGE AUTHORITY,

Defendant, Appellant,

PETER ALVITI, JR., in his official capacity as Director of the Rhode Island Department of Transportation,

Defendant, Appellant.
_____

**JUDGMENT**

Entered: December 6, 2024

    This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed in part and reversed in part, and the case is remanded for the entry of judgment in accord with the opinion issued this day. Each party shall bear its own costs.

                        By the Court:
                        Anastasia Dubrovsky, Clerk

cc: Hon. William E. Smith, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Reginald R. Goeke, James A. Ruggieri, Evan Mark Tager, Charles Alan Rothfeld, Richard Pianka, Eric A. White, James A. Fussell III, Michael W. Field, Keith David

Hoffmann, John A. Tarantino, Joseph Avanzato, Ian Heath Gershengorn, Randolph Bart Totten, Patricia K. Rocha, Nicole J. Benjamin, Adam G. Unikowsky, Elizabeth B. Deutsch, Michelle Kallen, David S. Coale, Mark Christopher Fleming, Prasad Sharma